IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* Application Pursuant to 28 U.S.C. § 1782 of<br><br>FARHAD AZIMA<br>5921 Ward Parkway<br>Kansas City, Missouri 64113<br><br>Petitioner,<br><br>v.<br><br>JPMORGAN CHASE & CO.<br>383 Madison Avenue<br>New York, NY, 10017<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 22 mc-<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of Farhad Azima's Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, the accompanying memorandum of law, and the supporting declaration of Dominic Holden, the Court finds that it is within its authority and discretion to grant the application requested, as the requirements of 28 U.S.C. § 1782 have been satisfied. Therefore, it is **HEREBY ORDERED THAT**:

1. Farhad Azima's application for discovery from JPMorgan Chase & Co. ("Respondent") pursuant to 28 U.S.C. § 1782 is granted;

2. Farhad Azima is authorized pursuant to 28 U.S.C. § 1782 to take discovery from Respondent relating to the issues identified in his application, including issuing subpoenas for the production of documents in substantially the form attached to the application;

3. Respondent is directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4. Counsel for Farhad Azima is appointed to issue, sign and serve such subpoenas upon Respondent.

IT IS SO ORDERED

On this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE